UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
AIR CHINA LIMITED,

                Plaintiff,        Case No. 07 CV 11128 (LTS) (DFE)

                                                         ECF CASE
      - against -                      **Rule 7.1 Statement**

NELSON LI (a/k/a SHENG LI), JOHN A.VARACCHI
(a/k/a JOHN A. DAVIS), GEORGE F. DONOHUE,
JAY KOPF (a/k/a JACOB M. KOPF)
CHRISTIAN M. DEUTSCH, WBM-JMK
DEVELOPMENT LLC (d/b/a WBM
INTERNATIONAL DEVELOPMENT),
JMK CONSTRUTION GROUP LTD.,
TCC INTERIORS, LTD.,
GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,

                Defendants.
_____X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for
AIR CHINA LIMITED, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


Dated: New York, New York
       December 7, 2007

                                      THE CATAFAGO LAW FIRM, P.C.

                                      _____
                                      Jacques Catafago, Esq.
                                      Attorneys for Plaintiff

                                      Attorney Bar Code: <u>7894</u>

Docket No. ___07___ CV __11128__    (LST) (DFE)  ECF CASE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

AIR CHINA LIMITED,

                                                            Plaintiff,

- against -

NELSON LI (a/k/a SHENG LI), JOHN A. VARACCHI
(a/k/a JOHN A. DAVIS), GEORGE F. DONOHUE,
JAY KOPF (a/k/a JACOB M. KOPF)
CHRISTIAN M. DEUTSCH,
WBM-JMK DEVELOPMENT LLC (d/b/a WBM
INTERNATIONAL DEVELOPMENT),
JMK CONSTRUTION GROUP LTD.,
TCC INTERIORS, LTD.,
GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,

                                                            Defendants.

# RULE 7.1 STATEMENT

**THE CATAFAGO LAW FIRM, P.C.**
Attorneys for Plaintiff
The Empire State Building
350 Fifth Avenue, Suite 4810
New York, New York 10118
212.239.9669 tel
212.239.9688 fax