UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AIR CHINA LIMITED,

                       Plaintiff,

    - against -                               **AFFIRMATION OF SERVICE**
                                                     07 CV 11128
NELSON LI (a/k/a SHENG LI), JOHN A. VARACCHI      (LTS)
(a/k/a JOHN A. DAVIS), GEORGE F. DONOHUE,
JAY KOPF (a/k/a JACOB M. KOPF)
CHRISTIAN M. DEUTSCH, WBM-JMK
DEVELOPMENT LLC (d/b/a WBM
INTERNATIONAL DEVELOPMENT),
JMK CONSTRUTION GROUP LTD.,
TCC INTERIORS, LTD.,
GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,

                       Defendants.
------------------------------------------------------------X

      JACQUES CATAFAGO, an attorney duly admitted to practice law, affirms the following under penalties of perjury:

1. I am not a party herein and am authorized to make the services described below. In accordance with FRCP 4 and NYCPLR 308, on December 11, 2007 I personally served upon the following defendants the Summons and Complaint, Rule 7.1 Statement, Rules of Judge Swain and Magistrate Eaton and ECF instructions, procedures and guidelines as follows:

2. Two (2) sets each for Nelson Li, George F. Donohue, and Christian Deutsch and GMAC IPG New York by (a) leaving one set with a person of suitable and discretion at their actual place of business (GMAC Real Estate IPG New York, 505 8th Avenue suite 804, NY, NY), specifically GMAC real estate agent Jane Clegg (female caucasian, approx. 50 years old, 130 lbs, and 5'4"- 5'6", reddish blonde hair, blue eyes) at approx. 1:30 p.m. and (b) mailing a second set to each of them to the same address on that same date (12/11/07) in separate, properly addressed, sealed and postmarked (first class mail) envelopes marked "personal and Confidential" and not indicating it was sent from a law office, which envelopes were deposited in an official U.S. postal depositary under the exclusive control of the US Postal Service within the State of New York ; and

3. Two (2) sets for John A. Varacchi by (a) leaving one set with a person of suitable and discretion at his actual place of business (Arenson Furniture, 1115 Broadway, suite 600, NY, NY), specifically receptionist Shelby Vick (female African American, approx. 25 years old, 150 lbs, and 5'4"- 5'8", brown eyes, dark brown hair) at approx. 2 p.m. and (b) mailing a second set to him to the

same address on that same date (12/11/07) in a properly addressed, sealed and postmarked (first class mail) envelope marked "personal and Confidential" and not indicating it was sent from a law office which envelope was deposited in an official U.S. postal depositary under the exclusive control of the US Postal Service within the State of New York ; and

4. One set on Jay Kopf by personally handing it to him at his place of business (1123 Broadway, room 617, New York, New York) at approximately 1:50 p.m. Mr. Kopf is 50-55 years old, about 6'2" with grayish blond hair and weighs approx. 215 pounds.

Dated: New York, New York
   December 11, 2007

*Jacques Catafago, Esq.*
Attorney for Plaintiff
Attorney Bar Code: 7894