UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X
AIR CHINA LIMITED,

                    Plaintiff,

      - against -                        **AFFIRMATION OF SERVICE**
                                              07 CV 11128
                                                (LTS)

NELSON LI (a/k/a SHENG LI), JOHN A. VARACCHI
(a/k/a JOHN A. DAVIS), GEORGE F. DONOHUE,
JAY KOPF (a/k/a JACOB M. KOPF)
CHRISTIAN M. DEUTSCH, WBM-JMK
DEVELOPMENT LLC (d/b/a WBM
INTERNATIONAL DEVELOPMENT),
JMK CONSTRUTION GROUP LTD.,
TCC INTERIORS, LTD.,
GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,

                    Defendants.
―――――――――――――――――――――――X

      JACQUES CATAFAGO, an attorney duly admitted to practice law, affirms the following under penalties of perjury:

1. I am not a party herein and am authorized to make the services described below. In accordance with the INITIAL CONFERENCE ORDER dated January 2, 2008, on January 11, 2008 I personally served upon counsel for all defendants a true and complete copy of that ORDER by faxing and mailing a copy thereof to (a) Law Offices of Edward Weissman (counsel for all defendants other than the GMAC defendants) at 60 East 42nd Street 47th floor, New York, New York 10165 (fax: 212-937-1529); and both (b) Tracey B. Paer, Esq. 400 Jericho Turnpike, suite 115, Jericho, New York 11753 (fax: 516-977-7708) and Richard D. Ballot, Esq. Associate Counsel, GMAC Home Services LLC, 465 South Street, 2nd floor East, Morristown, New Jersey 07960 (Fax: 866-302-3267), who are both counsel for the GMAC defendants.

2. I personally mailed a true copy of the Order to each addressee this date in a properly addressed, sealed and postmarked (first class mail) envelope, which envelope was deposited in an official U.S. postal depositary under the exclusive control of the US Postal Service within the State of New York ; and

Dated: New York, New York
       January 11, 2008

                                              *Jacques Catafago, Esq.*
                                              Attorney for Plaintiff
                                              Attorney Bar Code: 7894