Index # 07 cv 11128
Purchased/Filed: December 10, 2007

## AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Air China Limited                                    Plaintiff

against

Nelson Li (a/k/a Sheng Li), John A. Varacchi ( a/k/a John A. Davis); et al        Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.
Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White
Hair color: Brown   Other: ___

_____Robin Brandow_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 12, 2007_____ , at _11:30am_ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_Summons, Complaint, Rule 7.1 Statement, Judges Rules, Filing Procedures, Instructions and Guidelines_ on

_____GMAC Real Estate LLC_____ , the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40.00_ dollars; That said service was made pursuant to Section _LIMITED LIABILITY COMPANY LAW §303_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

_12th_ day of   _December, 2007_

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order #** 0724924

Index # 07 cv 11128
Purchased/Filed: December 10, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Air China Limited — Plaintiff

against

Nelson Li (a/k/a Sheng Li), John A. Varacchi ( a/k/a John A. Davis); et al — Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 45 Yrs.
Weight: 120 Lbs. Height: 5' 0" Sex: Female Color of skin: White
Hair color: Brown Other: ___

_Robin Brandow_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _December 12, 2007_, at _11:30am_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _Summons, Complaint, Rule 7.1 Statement, Judges Rules, Filing Procedures, Instructions and Guidelines_ on _WBM-JMK Development LLC d/b/a WBM International Development_, the Defendant in this action, by delivering to and leaving with _Carol Vogt_, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40.00_ dollars; That said service was made pursuant to Section _LIMITED LIABILITY COMPANY LAW §303_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th day of December, 2007

_FAITH COZZY_
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order #** 0724917

Index # 07 cv 11128
Purchased/Filed: December 10, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Air China Limited                                                      Plaintiff

against

Nelson Li (a/k/a Sheng Li), John A. Varacchi (a/k/a John A. Davis); et al          Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Brown  Other: _____

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on December 12, 2007, at 11:30am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint, Rule 7.1 Statement, Judges Rules, Filing Procedures, Instructions and Guidelines on JMK Construction Group Ltd., the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th day of December, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

**Invoice•Work Order # 0724923**

Index # 07 cv 11128
Purchased/Filed: December 10, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| | | |
|---|---|---|
| State of New York | U. S. District Court | Southern Dist. County |

Air China Limited          Plaintiff

against

Nelson Li (a/k/a Sheng Li), John A. Varacchi ( a/k/a John A. Davis); et al          Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   December 12, 2007  , at   11:30am  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed   Summons, Complaint, Rule 7.1 Statement, Judges Rules, Filing Procedures, Instructions and Guidelines   on   TCC Interiors, Ltd.  , the Defendant in this action, by delivering to and leaving with   Carol Vogt  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40.00   dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

12th   day of   December, 2007

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

_____
Robin Brandow

**Invoice•Work Order # 0724925**