UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
AIR CHINA LIMITED,

                             Plaintiff,

        -against-

NELSON LI (a/k/a SHENG LI),
JOHN A. VARACCHI (a/k/a JOHN A. DAVIS),
GEORGE F. DONOHUE, JAY KOPF
(a/k/a JACOB M. KOPF) CHRISTIAN M. DEUTSCH,
WBM-JMK DEVELOPMENT LLC
(d/b/a WBM INTERNATIONAL DEVELOPMENT), JMK
CONSTRUCTION GROUP LTD.,
TCC INTERIORS, LTD., GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,

                             Defendants.

: Case No.
  07 CIV 11128
  (LTS)(DFE)
--------------------------------------------X

### CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing: NOTICE OF MOTION TO DISMISS, AFFIDAVIT IN SUPPORT OF MOTION, AFFIDAVIT, MEMORANDUM OF LAW and RULE 7.1 STATEMENT with the Clerk of the District Court using the CM/ECF system.

Dated: New York, New York
February 5, 2008

                                            EDWARD WEISSMAN, ESQ.