UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
AIR CHINA LIMITED,

                              Plaintiff,

        -against-

NELSON LI (a/k/a SHENG LI),
JOHN A. VARACCHI (a/k/a JOHN A. DAVIS),
GEORGE F. DONOHUE, JAY KOPF
(a/k/a JACOB M. KOPF) CHRISTIAN M. DEUTSCH,
WBM-JMK DEVELOPMENT LLC
(d/b/a WBM INTERNATIONAL DEVELOPMENT), JMK
CONSTRUCTION GROUP LTD.,
TCC INTERIORS, LTD., GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,

                              Defendants.
-------------------------------------------X

: Case No.
07 CIV 11128
(LTS)(DFE)

: **RULE 7.1 STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Dated: New York, New York
      February 5, 2008

LAW OFFICES OF EDWARD WEISSMAN

Edward Weissman, Esq. (EW-1340)
Attorney for Defendants