# LAW OFFICES OF EDWARD WEISSMAN
60 EAST 42ND STREET
47th FLOOR
NEW YORK, NEW YORK 10165

TELEPHONE  (212) 937-1520
TELECOPIER  (212) 937-1529
E-mail: edweissman@edweissmanlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
MAR 17 2008

March 14, 2008

VIA TELEFAX (212) 805-0426

**MEMO ENDORSED**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  Air China Limited v. Li, et al.
         Case no.: 07 CV 11128 (LTS)(DFE)

Dear Judge Swain:

    This office represents the defendants in the above-referenced action, which is assigned to Your Honor. I write on behalf of both my office and attorney Jacques Catafago, counsel for the plaintiff, to request, pursuant to Rule 1E, that the initial conference in this case, scheduled for April 4, 2008, at 11:30 a.m., be adjourned for 30 to 45 days. This is the first such request for an adjournment. As there is currently no schedule in place other than the April 4 conference date, there is no existing schedule to modify.

    Presently pending with the Court is the defendants' motion to dismiss the action in favor of arbitration. Both Mr. Catafago and myself are mindful of our obligations under items 5 and 6 of the Initial Conference Order to confer and prepare a Preliminary Pre-Trial Statement. However, if the Court was to grant defendants' motion, then the time and expense involved in conferring, preparing the Preliminary Pre-Trial Statement and attending the conference might be wasted. Moreover, with defendants having commenced an arbitration, I would not want any further participation in the lawsuit to be deemed a waiver of the right to arbitrate.

Hon. Laura Taylor Swain
March 14, 2008

     Accordingly, both counsel respectfully request that the initial conference scheduled for April 4, 2008 be rescheduled for a May or June date acceptable to the Court, by which time the parties likely will know whether the case will be proceeding in this Court or in arbitration.

     I thank the Court for its time and consideration.

Respectfully yours,

Edward Weissman

EW:pr

CC: Jacques Catafago, Esq.
    Attorney for Plaintiff (via telefax (212) 239-9688)

The conference is adjourned to May 9, 2008, at 2:15pm and the related deadlines are modified accordingly.

SO ORDERED.

3/17/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2