```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AIR CHINA LIMITED,
                                            : Case No.
                                              07 CV 11128
                Plaintiff,                    (LTS)(DFE)
                                            :
        -against-
                                            : Case Assigned to
                                              District Judge
NELSON LI (a/k/a SHENG LI),                 : Swain.
JOHN A. VARACCHI (a/k/a JOHN A. DAVIS),
GEORGE F. DONOHUE, JAY KOPF                 :
(a/k/a JACOB M. KOPF) CHRISTIAN M. DEUTSCH,
WBM-JMK DEVELOPMENT LLC                     :
(d/b/a WBM INTERNATIONAL DEVELOPMENT), JMK
CONSTRUCTION GROUP LTD.,                    :
TCC INTERIORS, LTD., GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,              :

                Defendants.                 :
------------------------------------------X
```

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing: DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS with the Clerk of the District Court using the CM/ECF system.

Dated: New York, New York
       July 21, 2008

_____
EDWARD WEISSMAN, ESQ.