```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AIR CHINA LIMITED,
                                           : Case No.
                                             07 CV 11128
                         Plaintiff,          (LTS)(DFE)
                                           :
         -against-
                                           : Case Assigned to
                                             District Judge
NELSON LI (a/k/a SHENG LI),                : Swain.
JOHN A. VARACCHI (a/k/a JOHN A. DAVIS),
GEORGE F. DONOHUE, JAY KOPF                :
(a/k/a JACOB M. KOPF) CHRISTIAN M. DEUTSCH,
WBM-JMK DEVELOPMENT LLC                    :
(d/b/a WBM INTERNATIONAL DEVELOPMENT), JMK
CONSTRUCTION GROUP LTD.,                   :
TCC INTERIORS, LTD., GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,             :

                         Defendants.       :
------------------------------------------X
```

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing: NOTICE OF MOTION TO DISMISS ALL CLAIMS FOR RELIEF and SUPPORTING AFFIDAVITS with the Clerk of the District Court using the CM/ECF system.

Dated: New York, New York
       July 21, 2008

_____
EDWARD WEISSMAN, ESQ.