UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
AIR CHINA LIMITED,

                                                   : Case No.
                                                     07 CV 11128
                    Plaintiff,             (LTS)(DFE)
                                                       :

           -against-
                                                       :

NELSON LI (a/k/a SHENG LI),                   :
JOHN A. VARACCHI (a/k/a JOHN A. DAVIS),
GEORGE F. DONOHUE, JAY KOPF                    :
(a/k/a JACOB M. KOPF) CHRISTIAN M. DEUTSCH,
WBM-JMK DEVELOPMENT LLC
(d/b/a WBM INTERNATIONAL DEVELOPMENT), JMK
CONSTRUCTION GROUP LTD.,                      :
TCC INTERIORS, LTD., GMAC REAL ESTATE LLC,
GMAC REAL ESTATE IPG NEW YORK,            :

                    Defendants.     :
------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2008, I electronically filed the foregoing: REPLY AFFIDAVIT with the Clerk of the District Court using the CM/ECF system.

Dated: New York, New York
       August 8, 2008

                                       EDWARD WEISSMAN, ESQ. (EW-1349)